1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA

10

11  U.S. EQUAL EMPLOYMENT              CASE NO. CV 06-06210 ABC (Ex)
    OPPORTUNITY COMMISSION,
12
                                       **JUDGMENT ON DEFENDANT UPS**
           Plaintiff,                  **SUPPLY CHAIN SOLUTIONS'**
13                                     **MOTION FOR SUMMARY**
      vs.                              **JUDGMENT OR, IN THE**
14                                     **ALTERNATIVE, PARTIAL**
    UPS SUPPLY CHAIN SOLUTIONS,        **SUMMARY JUDGMENT**
15
           Defendant.
16
                                       Date:      May 5, 2008
17                                     Time:      10:00 a.m.
                                       Judge:     Hon. Audrey B. Collins
18

19         This action was brought by the U.S. Equal Employment Opportunity

20  Commission ("EEOC" or "Plaintiff") to correct allegedly unlawful

21  employment practices and to make whole Charging Party Mauricio Centeno

22  ("Charging Party").  This action was brought against UPS Supply Chain

23  Solutions ("SCS").  The EEOC asserted one claim for relief against SCS for

24  disability discrimination in violation of Title I of the Americans with

25  Disabilities Act and sought injunctive and monetary relief including

26  compensation for emotional pain and suffering and punitive damages.

27

28         The Court, having fully considered the evidence presented in support

1  of and against the motion,  entered its Order Granting Defendant's Motion For

2  Summary Judgment, which Order resolved all the claims presented in the complaint

3  in SCS' favor.

4

5       Accordingly, IT IS HEREBY ORDERED, ADJUDGED and

6  DECREED:

7

8      1.  That the action is dismissed on the merits with prejudice, and that

9      judgment is entered in favor of Defendant SCS and against the EEOC

10     on all of the claims for relief asserted in the complaint;

11

12     2.  That Charging Party and the EEOC shall take nothing on the

13     complaint; and

14     3.  That Defendant SCS shall recover its costs in an amount to be taxed

15     by the Clerk.

16

17 DATED: September 18, 2008     _____
             Honorable Audrey B. Collins

18           United States District Court Judge

19

20 Respectfully Submitted:
   GEORGE W. ABELE
21 HOLLY R. LAKE
   CINDY J. MORGAN
22 PAUL, HASTINGS, JANOFSKY & WALKER LLP

23
   By:    /s/ HOLLY R. LAKE
24     HOLLY R. LAKE
       Attorneys for Defendant
25     UPS SUPPLY CHAIN SOLUTIONS

26

27

28

[PROPOSED] JUDGMENT
IN FAVOR OF DEFENDANT
UPS SUPPLY CHAIN SOLUTIONS